UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN F. HORNER, ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil No. 05 CV 72776 |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Paul D. Borman |
| ) | |
| Defendant/ ) | |
| Counterclaim Plaintiff/ ) | |
| ) | Magistrate Judge Morgan |
| ) | |
| v. ) | |
| ) | |
| OWEN A. PIERCE, ) | |
| ) | |
| Counterclaim Defendant/ ) | |
| Third-Party Defendant. ) | |
| _____) | |

## ORDER

This matter came before the Court for consideration of the United States Motion to Dismiss Owen A. Pierce from the above-captioned proceeding. Having considered the Motion and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and that Owen A. Pierce is dismissed from the above-captioned proceeding, with prejudice, and with Mr. Pierce to bear his own fees, costs, and expenses, if any, in connection with the action.

2608524.1

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: July 16, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 16, 2007.

                s/Denise Goodine

                Case Manager