UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN F. HORNER, | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 05 CV 72776 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Paul D. Borman |
| | ) | |
| Defendant/ | ) | Magistrate Judge Morgan |
| Counterclaim Plaintiff/ | ) | |
| | ) | |

## SCHEDULING ORDER

The United States of America and John F. Horner stipulate to the following settlement offer deadlines:

1. John Horner will submit a settlement offer to the United States by February 1, 2008.

2. The United States will respond to Mr. Horner's settlement offer by April 1, 2008.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: February 5, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 5, 2008.

        S/Denise Goodine
        Case Manager

3006150.1

| For John F. Horner: | For the United States: |
|---|---|
| /s/ with consent of Wilfred E. Steiner | /s/ with consent of Pamela Grewal |
| Attorneys for Plaintiffs | Trial Attorney, Tax Division |
| Weisman, Young, Schloss & Ruemenapp | U.S. Dept. Of Justice |
| 30100 Telegraph Road | P.O. Box 55, Ben Franklin Sta. |
| Bingham Farms, MI 48025 | Washington, DC 20044 |
| Phone: (248) 258-2700 | Phone: (202) 307-6403 |
| westeiner@wysr-law.com | Pamela.Grewal@usdoj.gov |
| (P58631) | |